435 A.2d 251

Commonwealth v. Barnes, Appellant.

Submitted March 21, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment affirmed.

SPAETH, J., concurred in result.

435 A.2d 251

Commonwealth v. Crenshaw, Appellant.

Submitted September 11, 1980. Warren Hamilton, for appellant; Steven Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.